UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patrick M. Vigneau

   v.                                          Case No. 18-cv-392-JL

Pamela C. Pedersen, M.D., et al.


**REPORT AND RECOMMENDATION**

Patrick M. Vigneau, formerly an inmate at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin"), filed a complaint in 2018 against several FCI Berlin employees and outside medical professionals. His claims relate to treatment he received at FCI Berlin after injuring his elbow in April 2016.

The Federal Bureau of Prisons ("BOP") online Inmate Locator states that Mr. Vigneau was released from BOP custody in November 2020. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (last visited Nov. 18, 2021). Mr. Vigneau's most recent filing here was a motion for a docket sheet, which he mailed from an address in Rhode Island. That filing was docketed on January 13, 2021 as a notice of change of address. See Doc. No. 63. The court provided the requested information in April 2021. Mr. Vigneau has not filed any other document since that that January 2021 filing, approximately ten months ago.

Mr. Vigneau has failed to appear twice for preliminary pretrial scheduling conferences, one each in October and November 2021. He did not file any notice or motion relating to those matters, and he has not provided any explanation for his non-appearance. When he failed to call in to the first such conference on October 7, 2021, which the court allowed the parties to participate in by telephone, the court rescheduled the matter for November 18, 2021 and then issued an order stating that if Mr. Vigneau did not appear for the rescheduled conference and did not file a timely motion seeking appropriate relief, the court could deem his non-appearance to be evidence that he has abandoned this action. Mr. Vigneau did not respond to that Order and then failed to appear or call in to participate by telephone at the rescheduled conference on November 18, 2021. Upon noting Mr. Vigneau's absence and then ascertaining that neither the courtroom deputy nor counsel for defendants has had any recent contact with Mr. Vigneau, the court ended the scheduling conference because of his non-appearance. Mr. Vigneau has not manifested any intent to avoid the inference that he has abandoned this case in the last ten months.

**Conclusion**

The district judge should direct that this case be dismissed, without prejudice, and that judgment be entered because Mr. Vigneau has apparently abandoned this case.

The court sua sponte extends the objection period for this Report and Recommendation.  Any objection to this Report and Recommendation must be filed within thirty days of receipt of this notice.  The thirty-day period may be further extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

November 19, 2021

cc:  Patrick M. Vigneau, pro se
     Terry L. Ollila, AUSA

3